EAG/JDG
F.#2009R02373

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Cr. No. _____

COGAN, J.

CR 10 - 960

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ DEC 08 2010 ★
BROOKLYN OFFICE

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           December 8, 2010

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

           By:     /s/ James A. Gatta
                                    Elizabeth A. Geddes
                                    James D. Gatta
                                    Assistant U.S. Attorneys